

**Service of Process Transmittal**
10/22/2021
CT Log Number 540465749

**TO:** Kim Lundy- Email
Walmart Inc.
702 SW 8TH ST
BENTONVILLE, AR 72716-6209

**RE:** Process Served in Texas

**FOR:** Sam's West, Inc.  (Domestic State: AR)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | Re: MORENO LETICIA // To: Sam's West, Inc. *Name discrepancy noted*. |
| **DOCUMENT(S) SERVED:** | Citation(s), Return(s), Notice, Original Petition |
| **COURT/AGENCY:** | Webb County: District Court, TX<br>Case # 2021CVF002026D2 |
| **NATURE OF ACTION:** | Personal Injury - Slip/Trip and Fall - 10/19/2019, at 4810 San Bernardo Ave., Laredo Texas 78041 |
| **ON WHOM PROCESS WAS SERVED:** | C T Corporation System, Dallas, TX |
| **DATE AND HOUR OF SERVICE:** | By Process Server on 10/22/2021 at 14:22 |
| **JURISDICTION SERVED :** | Texas |
| **APPEARANCE OR ANSWER DUE:** | At or before 10:00 a.m. of the Monday next after the expiration of 20 days after the date of service |
| **ATTORNEY(S) / SENDER(S):** | Eduardo D. Kosturakis<br>Cesar Ornelas Law<br>6800 Gateway Blvd. East Unit. 2 Ste. B<br>El Paso, TX 79915<br>915-301-0070 |
| **ACTION ITEMS:** | CT has retained the current log, Retain Date: 10/22/2021, Expected Purge Date: 10/27/2021<br><br>Image SOP |
| **REGISTERED AGENT ADDRESS:** | C T Corporation System<br>1999 Bryan Street<br>Suite 900<br>Dallas, TX 75201<br><br>877-564-7529<br>MajorAccountTeam2@wolterskluwer.com |

The information contained in this Transmittal is provided by CT for quick reference only. It does not constitute a legal opinion, and should not otherwise be relied on, as to the nature of action, the amount of damages, the answer date, or any other information contained in the included documents. The recipient(s) of this form is responsible for reviewing and interpreting the included documents and taking appropriate action, including consulting with its legal and other advisors as necessary. CT disclaims all liability for the information contained in this form, including for any omissions or inaccuracies that may be contained therein.

Page 1 of  1 / EC

**EXHIBIT A**



## PROCESS SERVER DELIVERY DETAILS

| | |
|---|---|
| Date: | Fri, Oct 22, 2021 |
| Server Name: | DON ANDERSON |

| | |
|---|---|
| Entity Served | SAM'S WEST, INC. |
| Case Number | 2021CVF002026D2 |
| Jurisdiction | TX |



**RETURN**
2021CVF002026D2

## CITATION
### (PLAINTIFF'S ORIGINAL PETITION)

THE STATE OF TEXAS
COUNTY OF WEBB

**NOTICE TO THE DEFENDANT:** "YOU HAVE BEEN SUED. YOU MAY EMPLOY AN ATTORNEY. IF YOU OR YOUR ATTORNEY DO NOT FILE A WRITTEN ANSWER WITH THE CLERK WHO ISSUED THIS CITATION BY 10:00 A.M. ON THE MONDAY NEXT FOLLOWING THE EXPIRATION OF TWENTY DAYS AFTER YOU WERE SERVED THIS CITATION AND PETITION, A DEFAULT JUDGMENT MAY BE TAKEN AGAINST YOU. IN ADDITION TO FILING A WRITTEN ANSWER WITH THE CLERK, YOU MAY BE REQUIRED TO MAKE INITIAL DISCLOSURES TO THE OTHER PARTIES OF THIS SUIT. THESE DISCLOSURES GENERALLY MUST BE MADE NO LATER THAN 30 DAYS AFTER YOU FILE YOUR ANSWER WITH THE CLERK. FIND OUT MORE AT TEXASLAWHELP.ORG"

TO: SAM'S WEST INC
CT CORPORATION SYSTEM- REGISTERED AGENT
1999 BRYAN ST. STE. 900
DALLAS, TEXAS 75201

DEFENDANT, IN THE HEREINAFTER STYLED AND NUMBERED CAUSE, YOU ARE HEREBY COMMANDED TO APPEAR BEFORE THE 111th District Court of Webb County, Texas, to be held at the said courthouse of said county in the city of Laredo, Webb County, Texas, by filing a written answer to the Petition of Plaintiff at or before 10:00 O'CLOCK A.M. of the Monday next after the expiration of 20 days after the date of service thereof, a copy of which accompanies this citation, in the Cause #: 2021CVF002026D2, styled:

**LETICIA MORENO , PLAINTIFF**
**VS.**
**SAM S CLUB, L.L.C.; SAMS CLUB TEXAS, L.L.C.; SAM S EAST, INC.; SAM S WEST, INC.; SAM S WESTERN STORE, INC.; WALMART, INC.; WAL-MART STORES EAST, LP.; WAL-MART STORES TEXAS, L.L.C., DEFENDANT**

Said Plaintiff's Petition was filed on 10/18/2021 in said court by:

EDUARDO D KOSTURAKIS, ATTORNEY FOR PLAINTIFF
6800 GATEWAY BLVD EAST UNIT 2 STE B
EL PASO TX 79915

**WITNESS ESTHER DEGOLLADO,** DISTRICT CLERK OF WEBB COUNTY, TEXAS, Issued and given under my hand and seal of said court at office, on this the 20th day of October, 2021.

CLERK OF COURT
ESTHER DEGOLLADO
WEBB COUNTY DISTRICT CLERK
P.O. BOX 667
LAREDO, TX 78042

BY: _____ DEPUTY
Yesenia Rodriguez

CALENDAR CALL SET FOR
01/03/2022 AT 11:00 A.M.

2021CVF002026D2

## OFFICER'S RETURN

Came to hand on the _____ day of _____, 2021 at _____ O'CLOCK _____.M. Executed at _____, within the COUNTY of _____ at _____ O'CLOCK _____.M. on the _____ day of _____, 2021, by delivering to the within named **SAM S CLUB, L.L.C.**, each, in person, a true copy of this citation together with the accompanying copy of the petition, having first attached such copy of such petition to such copy of citation and endorsed on such copy of citation the date of delivery.

The distance actually travelled by me in serving such process was _____ miles, and my fees are as follows:

Total Fee for serving this citation   $ _____.

To certify which, witness my hand officially.

```
                                    _____
                                    SHERIFF, CONSTABLE

                                    _____ COUNTY, TEXAS

                               BY   _____
                                                            DEPUTY
```

**THE STATE OF TEXAS }**
**COUNTY OF WEBB     }**

Before me, the undersigned authority, on this day personally appeared _____, who after being duly sworn, upon oath said that a notice, of which the above is a true copy, was by him/her delivered to _____ on the _____ day of _____, _____.

SWORN TO AND SUBSCRIBED BEFORE ME on the _____ day of _____, _____, to certify which witness my hand and seal of office.

```
                                    _____
                                                        NOTARY PUBLIC
                                    MY COMMISSION EXPIRES

                                    _____
```

SERVE
2021CVF002026D2

## CITATION
### (PLAINTIFF'S ORIGINAL PETITION)

THE STATE OF TEXAS
COUNTY OF WEBB

**NOTICE TO THE DEFENDANT:** "YOU HAVE BEEN SUED. YOU MAY EMPLOY AN ATTORNEY. IF YOU OR YOUR ATTORNEY DO NOT FILE A WRITTEN ANSWER WITH THE CLERK WHO ISSUED THIS CITATION BY 10:00 A.M. ON THE MONDAY NEXT FOLLOWING THE EXPIRATION OF TWENTY DAYS AFTER YOU WERE SERVED THIS CITATION AND PETITION, A DEFAULT JUDGMENT MAY BE TAKEN AGAINST YOU. IN ADDITION TO FILING A WRITTEN ANSWER WITH THE CLERK, YOU MAY BE REQUIRED TO MAKE INITIAL DISCLOSURES TO THE OTHER PARTIES OF THIS SUIT. THESE DISCLOSURES GENERALLY MUST BE MADE NO LATER THAN 30 DAYS AFTER YOU FILE YOUR ANSWER WITH THE CLERK. FIND OUT MORE AT TEXASLAWHELP.ORG"

TO: SAM'S WEST INC
CT CORPORATION SYSTEM- REGISTERED AGENT
1999 BRYAN ST. STE. 900
DALLAS, TEXAS 75201

DEFENDANT, IN THE HEREINAFTER STYLED AND NUMBERED CAUSE, YOU ARE HEREBY COMMANDED TO APPEAR BEFORE THE 111th District Court of Webb County, Texas, to be held at the said courthouse of said county in the city of Laredo, Webb County, Texas, by filing a written answer to the Petition of Plaintiff at or before 10:00 O'CLOCK A.M. of the Monday next after the expiration of 20 days after the date of service thereof, a copy of which accompanies this citation, in the Cause #: 2021CVF002026D2, styled:

**LETICIA MORENO, PLAINTIFF**
VS.
SAM S CLUB, L.L.C.; SAMS CLUB TEXAS, L.L.C.; SAM S EAST, INC.; SAM S WEST, INC.; SAM S WESTERN STORE, INC.; WALMART, INC.; WAL-MART STORES EAST, LP.; WAL-MART STORES TEXAS, L.L.C., DEFENDANT

Said Plaintiff's Petition was filed on 10/18/2021 in said court by:

EDUARDO D KOSTURAKIS, ATTORNEY FOR PLAINTIFF
6800 GATEWAY BLVD EAST UNIT 2 STE B
EL PASO TX  79915

WITNESS ESTHER DEGOLLADO, DISTRICT CLERK OF WEBB COUNTY, TEXAS, Issued and given under my hand and seal of said court at office, on this the 20th day of October, 2021.

C L E R K   O F   C O U R T
ESTHER DEGOLLADO
WEBB COUNTY DISTRICT CLERK
P.O. BOX 667
LAREDO, TX 78042

CALENDAR CALL SET FOR
01/03/2022 AT 11:00 A.M.

BY: _____ DEPUTY
Yesenia Rodriguez

2021CVF002026D2

# OFFICER'S RETURN

Came to hand on the _____ day of _____, 2021 at _____ O'CLOCK _____.M. Executed at _____, within the COUNTY of _____ at _____ O'CLOCK _____.M. on the _____ day of _____, 2021, by delivering to the within named **SAM S CLUB, L.L.C.**, each, in person, a true copy of this citation together with the accompanying copy of the petition, having first attached such copy of such petition to such copy of citation and endorsed on such copy of citation the date of delivery.

The distance actually travelled by me in serving such process was _____ miles, and my fees are as follows:

Total Fee for serving this citation    $ _____.

To certify which, witness my hand officially.

```
                                    _____
                                    SHERIFF, CONSTABLE

                                    _____ COUNTY, TEXAS

                            BY  _____
                                              DEPUTY
```

**THE STATE OF TEXAS }**
**COUNTY OF WEBB     }**

Before me, the undersigned authority, on this day personally appeared _____, who after being duly sworn, upon oath said that a notice, of which the above is a true copy, was by him/her delivered to _____ on the _____ day of _____, _____.

SWORN TO AND SUBSCRIBED BEFORE ME on the _____ day of _____, _____, to certify which witness my hand and seal of office.

```
                                    _____
                                              NOTARY PUBLIC
                                    MY COMMISSION EXPIRES
                                    _____
```



|  | MONICA Z. NOTZON | |
|---|---|---|
| ABEL SOLIZ<br>CIVIL COURT COORDINATOR<br>(956)523-4226 | JUDGE, 111TH DISTRICT COURT<br>1110 VICTORIA SUITE #301 3RD FLOOR<br>LAREDO, TEXAS 78040<br>OFFICE (956)523-4230<br>FAX (956)523-5088 | FERNANDO RAMOS<br>BAILIFF<br>(956)523-4227 |

October 19, 2021

CAUSE NO.: 2021CVF002026D2

STYLE: Leticia Moreno
VS
SAM S CLUB, L.L.C.; SAMS CLUB TEXAS, L.L.C.; SAM S EAST, INC.; SAM S WEST, INC.; SAM S WESTERN STORE, INC.; WALMART, INC.; WAL-MART STORES EAST, LP.; WAL-MART STORES TEXAS, L.L.C.

## NOTICE OF CALENDAR CALL

Please take notice that this case is set for Calendar Call on 01/03/2022 at 11:00 AM at the 111th District Court, 3rd Floor, Webb County Justice Center.

All Calendar Call hearings will be in open Court and on the record before the Honorable Judge Monica Z. Notzon. Your presence is **MANDATORY** unless Counsel for Plaintiff(s) and Defendant(s) have in place a pre-trial guideline order with both Counsel and Judge's signatures prior to calendar call date. This guideline order should have all appropriate dates including pre-trial, jury selection and all deadlines.

Counsel for Plaintiff(s) please note that if you do not appear for calendar call your case may be dismissed for lack of prosecution.

Counsel for Defendant(s) please note that if you do not appear for calendar call, a pre-trial guideline order may be entered with or without your approval and/or signature.

If there are any questions regarding this matter please feel free to call our office at any time.

*Abel Soliz*
Civil Court Coordinator
111th District Court

Filed
10/18/2021 7:30 PM
Esther Degollado
District Clerk
Webb District
Esmeralda Alvarado
2021CVF002026D2

2021CVF002026D2

CAUSE NO. _____

| | | |
|---|---|---|
| **LETICIA MORENO,** § | | **IN THE DISTRICT COURT** |
| *Plaintiff* § | | |
| § | | |
| vs. § | | **\_\_\_\_ JUDICIAL DISTRICT** |
| § | | |
| **SAM'S CLUB, L.L.C., SAMS CLUB** § | | |
| **TEXAS, L.L.C., SAM'S EAST, INC.,** § | | |
| **SAM'S WEST, INC., SAM'S** § | | |
| **WESTERN STORE, INC.,** § | | |
| **WALMART, INC., WAL-MART** § | | |
| **STORES EAST, LP., WAL-MART** § | | |
| **STORES TEXAS, L.L.C.** § | | |
| *Defendants* § | | **WEBB COUNTY, TEXAS** |

## PLAINTIFF'S ORIGINAL PETITION

**TO THE HONORABLE JUDGE OF SAID COURT:**

**COMES NOW**, LETICIA MORENO, hereinafter called ("Plaintiff"), complaining of and about SAM'S CLUB, L.L.C., SAMS CLUB TEXAS, L.L.C., SAM'S EAST, INC., SAM'S WEST, INC., SAM'S WESTERN STORE, INC., WALMART, INC., WAL-MART STORES EAST, LP., WAL-MART STORES TEXAS, L.L.C., hereinafter called ("Defendants"), and for cause of action show unto the Court the following:

### I. DISCOVERY CONTROL PLAN LEVEL

1. Pursuant to the provisions of Texas Rule of Civil Procedure 190.3, Plaintiff proposes to conduct discovery according to Discovery Control Plan Level III, and therefore request this Court to enter a scheduling order.

### II. PARTIES AND SERVICE

2. Plaintiff, LETICIA MORENO, is an Individual whose address is 996 Tiara Trail

*Leticia Moreno v. SAM'S CLUB, L.L.C., SAMS CLUB TEXAS, L.L.C., SAM'S EAST, INC., SAM'S WEST, INC., SAM'S WESTERN STORE, INC., WAL-MART, INC., WAL-MART STORES EAST, LP., WAL-MART STORES TEXAS, L.L.C.* - Plaintiff's Original Petition

Page 1 of 9

Laredo, Texas 78045.  The last three digits of her social security number are 180.

3. Defendant, SAM'S CLUB, L.L.C., a Texas Limited Liability Company whose registered office is located in Fort Bend County at 12406 Ashford Hollow Dr, Sugar Land, Texas 77478, may be served with process by serving its registered agent for service of process, Arif Deen, in Fort Bend County at 12406 Ashford Hollow Dr, Sugar Land, Texas 77478.

4. Defendant, SAMS CLUB TEXAS, L.L.C., a Texas Limited Liability Company whose registered office is located in Fort Bend County at 2419 Ranna Ct., Sugar Land, Texas 77498, may be served with process by serving its registered agent for service of process, SG INC CPA, in Fort Bend County at 2419 Ranna Ct., Sugar Land, Texas 77498.

5. Defendant, SAM'S EAST, INC., a foreign corporation whose registered office is located in Benton County at 702 SW 8TH St., #0555 Tax Dept Bentonville, Arkansas 72716, may be served with process by serving its registered agent for service of process, CT Corporation System, in Dallas County at 1999 Bryan St., Ste. 900 Dallas, Texas 75201.

6. Defendant, SAM'S WEST, INC., a foreign corporation whose registered office is located in Benton County at 702 SW 8TH St., Bentonville, Arkansas 72716, may be served with process by serving its registered agent for service of process, CT Corporation System, in Dallas County at 1999 Bryan St., Ste. 900 Dallas, Texas 75201.

7. Defendant, SAM'S WESTERN STORE, INC., a Texas corporation whose registered office is located in Jefferson County at 5090 College St., Beaumont, Texas 77707 may be served with process by serving its registered agent for service of process, David A. Bertino, in Dallas County at 5090 College St., Beaumont, Texas 77707.

8. Defendant, WALMART, INC., a foreign corporation whose registered office is

*Leticia Moreno v. SAM'S CLUB, L.L.C., SAMS CLUB TEXAS, L.L.C., SAM'S EAST, INC., SAM'S WEST, INC., SAM'S WESTERN STORE, INC., WAL-MART, INC., WAL-MART STORES EAST, LP., WAL-MART STORES TEXAS, L.L.C.* - Plaintiff's Original Petition

Page 2 of 9

located in Benton County at 702 SW 8^(TH) St., Dept 8687 #0555 Bentonville, Arkansas 72716, may be served with process by serving its registered agent for service of process, CT Corporation System, in Dallas County at 1999 Bryan St., Ste. 900 Dallas, Texas 75201.

9. Defendant, WAL-MART STORES EAST, LP., a foreign Limited Partnership whose registered office is located in Benton County at 702 SW 8^(TH) St., Bentonville, Arkansas 72716, may be served with process by serving its registered agent for service of process, CT Corporation System, in Dallas County at 1999 Bryan St., Ste. 900 Dallas, Texas 75201.

10. Defendant, WAL-MART STORES TEXAS, LP., a foreign Limited Liability Company whose registered office is located in Benton County at 702 SW 8^(TH) St. C/O Sales TX #0555, Bentonville, Arkansas 72716, may be served with process by serving its registered agent for service of process, CT Corporation System, in Dallas County at 1999 Bryan St., Ste. 900 Dallas, Texas 75201.

### III. JURISDICTION AND VENUE

11. The subject matter in controversy is within the jurisdictional limits of this court.

12. Venue in Webb County is proper in this cause under Section 15.002(a)(1) of the Texas Civil Practice and Remedies Code because all or a substantial part of the events or omissions giving rise to this lawsuit occurred in this county.

### IV. FACTS

13. On or about October 19, 2019, Plaintiff was an invitee and/or business patron, at Defendants, SAM'S CLUB, L.L.C., SAMS CLUB TEXAS, L.L.C., SAM'S EAST, INC., SAM'S WEST, INC., SAM'S WESTERN STORE, INC., WALMART, INC., WAL-MART STORES EAST, LP., WAL-MART STORES TEXAS, L.L.C.'s store in Webb County, Texas located at

*Leticia Moreno v. SAM'S CLUB, L.L.C., SAMS CLUB TEXAS, L.L.C., SAM'S EAST, INC., SAM'S WEST, INC., SAM'S WESTERN STORE, INC., WAL-MART, INC., WAL-MART STORES EAST, LP., WAL-MART STORES TEXAS, L.L.C.* - Plaintiff's Original Petition

Page 3 of 9

4810 San Bernardo Ave., Laredo Texas 78041 when Defendants' negligence caused Plaintiff to suffer serious bodily injuries. Defendants, SAM'S CLUB, L.L.C., SAMS CLUB TEXAS, L.L.C., SAM'S EAST, INC., SAM'S WEST, INC., SAM'S WESTERN STORE, INC., WALMART, INC., WAL-MART STORES EAST, LP., WAL-MART STORES TEXAS, L.L.C., failed to cover and/or maintain potholes in the parking lot of the store. This negligence posed an unsafe and unreasonably dangerous condition which resulted in Plaintiff tripping over the potholes and falling to the ground. Plaintiff suffered serious medical injuries which were proximately caused by this violent fall.

### V. PLAINTIFF'S CLAIM OF NEGLIGENCE AGAINST SAM'S CLUB, L.L.C., SAMS CLUB TEXAS, L.L.C., SAM'S EAST, INC., SAM'S WEST, INC., SAM'S WESTERN STORE, INC., WALMART, INC., WAL-MART STORES EAST, LP., WAL-MART STORES TEXAS, L.L.C..

14. Under the theory of *respondeat superior*, Defendants SAM'S CLUB, L.L.C., SAMS CLUB TEXAS, L.L.C., SAM'S EAST, INC., SAM'S WEST, INC., SAM'S WESTERN STORE, INC., WALMART, INC., WAL-MART STORES EAST, LP., WAL-MART STORES TEXAS, L.L.C. is liable for the actions of their agents, servants and/or employees acting within the course and scope of their authority as agents, servants and/or employees of Defendants SAM'S CLUB, L.L.C., SAMS CLUB TEXAS, L.L.C., SAM'S EAST, INC., SAM'S WEST, INC., SAM'S WESTERN STORE, INC., WALMART, INC., WAL-MART STORES EAST, LP., WAL-MART STORES TEXAS, L.L.C.. when the negligence occurred.

15. Defendants SAM'S CLUB, L.L.C., SAMS CLUB TEXAS, L.L.C., SAM'S EAST, INC., SAM'S WEST, INC., SAM'S WESTERN STORE, INC., WALMART, INC., WAL-MART STORES EAST, LP., WAL-MART STORES TEXAS, L.L.C.. had a duty to exercise the degree

*Leticia Moreno v. SAM'S CLUB, L.L.C., SAMS CLUB TEXAS, L.L.C., SAM'S EAST, INC., SAM'S WEST, INC., SAM'S WESTERN STORE, INC., WAL-MART, INC., WAL-MART STORES EAST, LP., WAL-MART STORES TEXAS, L.L.C.* - Plaintiff's Original Petition

Page 4 of 9

of care that a person of ordinary prudence would use to avoid harm to others under circumstances similar to those described herein.

Plaintiff's injuries were proximately caused by Defendants' negligent, careless and reckless disregard of said duty.

16. The negligent, careless and reckless disregard of duty of Defendants SAM'S CLUB, L.L.C., SAMS CLUB TEXAS, L.L.C., SAM'S EAST, INC., SAM'S WEST, INC., SAM'S WESTERN STORE, INC., WALMART, INC., WAL-MART STORES EAST, LP., WAL-MART STORES TEXAS, L.L.C. consisted of, but is not limited to, the following acts and omissions:

    A. Negligently hired and/or retained employees;

    B. Negligently trained and/or supervised employees; and/or

    C. Violated applicable, local, state and federal laws and/or regulations.

### VI. PLAINTIFF'S CLAIM OF PREMISES LIABILITY AGAINST SAM'S CLUB, L.L.C., SAMS CLUB TEXAS, L.L.C., SAM'S EAST, INC., SAM'S WEST, INC., SAM'S WESTERN STORE, INC., WALMART, INC., WAL-MART STORES EAST, LP., WAL-MART STORES TEXAS, L.L.C.

17. At all times pertinent to this cause of action Defendants owned, operated, controlled, or had the right to control the premises at issue and knew or should have known of the unreasonably dangerous condition at the entryway of the store building. Defendant breached its duties of ordinary care to Plaintiff as licensee and proximately caused Plaintiff's injuries and damages. The Defendants, if private persons, would be liable under Texas law. Specifically, the negligent acts and omissions of Defendant include, but are not limited to:

    a) Creating a dangerous condition on the premises at issue;

*Leticia Moreno v. SAM'S CLUB, L.L.C., SAMS CLUB TEXAS, L.L.C., SAM'S EAST, INC., SAM'S WEST, INC., SAM'S WESTERN STORE, INC., WAL-MART, INC., WAL-MART STORES EAST, LP., WAL-MART STORES TEXAS, L.L.C.* - Plaintiff's Original Petition

Page 5 of 9

b) Allowing a dangerous condition posing an unreasonable risk to exist on the premises at issue;

c) Failing to guard Plaintiff or others in Plaintiff's position from the unreasonably dangerous condition;

d) Failing to correct the dangerous condition;

e) Failing to reasonably maintain the premises at issue in a safe and proper condition;

f) Failing to reasonably inspect the premises at issue;

g) Failing to act as a reasonable premise's owner and/or occupier;

h) Failing to warn Plaintiff of the dangerous condition;

i) Failing to warn Plaintiff or others in Plaintiff's position of the risk of injury presented by the dangerous condition;

j) Failing to direct Plaintiff or others in Plaintiff's position around the dangerous condition; and

k) Allowing and engaging in negligent activities that proximately caused the incident at issue and the injuries resulting therefrom.

18. Alternatively, Defendants are liable for Plaintiff's injuries under the Texas Civil Practice and Remedies Code Section 75.002(c). At all times pertinent to this cause of action the Defendants owned, operated, or maintained the premises at issue that contained an unreasonably dangerous condition. Defendants breached their duty to Plaintiff by the acts and omissions stated above and injured Plaintiff through gross negligence, malicious intent, or bad faith. The Defendants, if private persons, would be liable under Texas law.

*Leticia Moreno v. SAM'S CLUB, L.L.C., SAMS CLUB TEXAS, L.L.C., SAM'S EAST, INC., SAM'S WEST, INC., SAM'S WESTERN STORE, INC., WAL-MART, INC., WAL-MART STORES EAST, LP., WAL-MART STORES TEXAS, L.L.C.* - Plaintiff's Original Petition

Page 6 of 9

## VII. DAMAGES FOR PLAINTIFF LETICIA MORENO

19. Pursuant to Texas Rule of Civil Procedure 47(c), Plaintiff seeks monetary relief in excess of $1,000,000.00 including damages of any kind, penalties, costs, expenses, pre-judgment interest, and attorney's fees and judgment for all other relief to which Plaintiff is entitled. Plaintiff expressly reserves the right to amend this Rule 47 statement of relief if necessary.

20. As a direct and proximate result of the occurrence made the basis of this lawsuit, Plaintiff, was caused to suffer serious bodily injuries, and to incur the following damages:

   A. Reasonable medical care and expenses in the past. These expenses were incurred by Plaintiff, **LETICIA MORENO**, for the necessary care and treatment of the injuries resulting from the accident and/or the aggravation of prior injuries and such charges are reasonable and were usual and customary charges for such services in Bexar County, Texas;

   B. Reasonable and necessary medical care and expenses which will in all reasonable probability be incurred in the future;

   C. Physical pain and suffering in the past;

   D. Physical pain and suffering in the future;

   E. Physical impairment in the past;

   F. Physical impairment in the future;

   G. Physical disfigurement in the past;

   H. Physical disfigurement in the future;

   I. Loss of earnings in the past;

   J. Loss of earning capacity which will, in all probability, be incurred in the future;

   K. Mental anguish in the future.

*Leticia Moreno v. SAM'S CLUB, L.L.C., SAMS CLUB TEXAS, L.L.C., SAM'S EAST, INC., SAM'S WEST, INC., SAM'S WESTERN STORE, INC., WAL-MART, INC., WAL-MART STORES EAST, LP., WAL-MART STORES TEXAS, L.L.C.* - Plaintiff's Original Petition

Page 7 of 9

      L.      Mental anguish in the past;

      M.      Loss of Household Services in the past; and

      N.      Loss of Household Services in the future;

## VIII. <u>DEMAND FOR TRIAL BY JURY</u>

21.    Plaintiff demands a jury trial and tenders the appropriate fee with filing this petition.

## IX. <u>RULE 193.7 NOTICE</u>

22.    Plaintiff hereby gives actual notice to Defendants that any and all documents produced may be used against Defendants at any pre-trial proceeding and/or at trial of this matter without the necessity of authenticating said documents.

## X. <u>PRESERVATION OF EVIDENCE</u>

23.    Defendants are hereby given notice that any document or other material, including electronically stored information, that may be evidence or relevant to any issue, claim or defense in this case is to be preserved in its present form until this litigation is concluded. Failure to maintain such items will constitute "spoliation" of evidence, for which Plaintiff will seek appropriate sanctions and remedies.

## XI. <u>PRAYER</u>

**WHEREFORE, PREMISES CONSIDERED**, Plaintiff, LETICIA MORENO, respectfully prays that the Defendants, SAM'S CLUB, L.L.C., SAMS CLUB TEXAS, L.L.C., SAM'S EAST, INC., SAM'S WEST, INC., SAM'S WESTERN STORE, INC., WALMART, INC., WAL-MART STORES EAST, LP., WAL-MART STORES TEXAS, L.L.C., be cited to appear and answer herein, and that upon a final hearing of the cause, judgment be entered for the

*Leticia Moreno v. SAM'S CLUB, L.L.C., SAMS CLUB TEXAS, L.L.C., SAM'S EAST, INC., SAM'S WEST, INC., SAM'S WESTERN STORE, INC., WAL-MART, INC., WAL-MART STORES EAST, LP., WAL-MART STORES TEXAS, L.L.C.* - Plaintiff's Original Petition

Page 8 of 9

Plaintiff against Defendants for damages in an amount within the jurisdictional limits of the Court; together with pre-judgment interest (from the date of injury through the date of judgment) at the maximum rate allowed by law; post-judgment interest at the legal rate, costs of court; and such other and further relief to which the Plaintiff may be entitled at law or in equity.

Respectfully submitted,

Cesar Ornelas Law

By: *Eduardo D. Kosturakis*
**EDUARDO D. KOSTURAKIS**
Texas Bar No. 24105803
6800 Gateway Blvd. East Unit. 2 Ste. B
El Paso, Texas 79915
Tel. (915) 301-0070
Fax. (888) 342-8033
edkosturakis@oinjurylaw.com
Attorney for Plaintiff
LETICIA MORENO

*Leticia Moreno v. SAM'S CLUB, L.L.C., SAMS CLUB TEXAS, L.L.C., SAM'S EAST, INC., SAM'S WEST, INC., SAM'S WESTERN STORE, INC., WAL-MART, INC., WAL-MART STORES EAST, LP., WAL-MART STORES TEXAS, L.L.C.* - Plaintiff's Original Petition

Page 9 of 9